## Commonwealth *v.* Hancock, Appellant.

Argued December 9, 1971. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District At-

torney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.